■ In the Matter of ANTHONY G. GILL, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of New York State Department of Correctional Services, et al., Respondents.—Appeal from a judgment of the Supreme Court at Special Term (Cobb, J.), entered March 29, 1985 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent Commissioner of Correctional Services denying petitioner's grievance.

Judgment affirmed, without costs, upon the opinion of Justice George L. Cobb at Special Term. Main, J. P., Casey, Yesawich, Jr., Levine and Harvey, JJ., concur.